UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DCML LLC,<br><br>     Plaintiff,<br><br>  -v.-<br><br>DANKA BUSINESS SYSTEMS, PLC, A.D. FRAZIER, W. ANDREW MCKENNA, DR. KEVIN C. DALY, JAIME W. ELLERTSON, CHRISTOPHER B. HARNED, J. ERNEST RIDDLE, ERIK VONK, DAVID DOWNES, JOSEPH E. PARZICK AND CYPRESS MERCHANT BANKING PARTNERS II L.P.<br><br>     Defendants. | Civil Action No. 08-cv-5829 (SAS)<br><br>JURY TRIAL DEMANDED |

## DISCLOSURE OF INTERESTED PARTIES

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff DCML LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. NONE.

Date: June 27, 2008

           **ABBEY SPANIER RODD & ABRAMS, LLP**

           By: _____
             Arthur N. Abbey (AA - 8079)
             aabbey@abbeyspanier.com
             Karin E. Fisch (KF-1082)
             kfisch@abbeyspanier.com
             Nancy Kaboolian (NK-6346)
             nkaboolian@abbeyspanier.com
             James Burrell, Jr. (JB-7399)
             jburrell@abbeyspanier.com
             212 East 39th Street
             New York, NY 10016
             Tel.: 212-889-3700
             Fax: 212-684-5191