**ESSENTIAL SERVICES GROUP**
**555 EIGHTH AVE., SUITE 1901**
**NEW YORK, N.Y. 10018**
**TEL.212-760-2300**
**FAX-212-760-0188**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DCML,LLC.

VS.                    INDEX#08CV 5829

DANKA BUSINESS SYSTEMS, PLC., ET AL.

---

State of New York, County of New York,SS:

JERRY MOSIO, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State.
   On **JULY 9/08 AT 2:15P.M.** at:
**65 EAST 55TH STREET**
**NEW YORK, N.Y.**   Deponent served the annexed:
**SUMMONS IN A CIVIL ACTION,**
**COMPLAINT,**

on **CYPRESS MERCANT BANKING PARTNERS,II LP**
by delivering thereat a true copy to AVA DACOSTA (EXEC. ASST.) personally; Who represented to deponent the (s)he was authorized to accept service of process on behalf of CYPRESS MERCANT BANKING PARTNERS,II LP

   Deponent describes the individual served as follows:
Sex/Race(skin color): FEMALE/ BROWN
Hair/ Approximate Age: BROWN/ 50 YRS.
Approximate height/Approximate weight: 5'4"/130 LBS.

28/ PS 7-08- -      54
sworn to before me this
10  day  July /08

License # 1208712