**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DCML LLC,

                         Plaintiff,          :        08 cv 5829 (SAS)

                                    :

            v.                       :

DANKA BUSINESS SYSTEMS PLC, A.D.        **ECF Case**
FRAZIER, W. ANDREW MCKENNA, DR. KEVIN :
C. DALY, JAIME W. ELLERTSON,            **Electronically Filed**
CHRISTOPHER B. HARNED, J. ERNEST     :
RIDDLE, ERIK VONK, DAVID DOWNES,
JOSEPH E. PARZICK, and CYPRESS MERCHANT :
BANKING PARTNERS II LP,

                                 :

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## RULE 7.1 STATEMENT OF DANKA BUSINESS SYSTEMS PLC

        Defendant Danka Business Systems PLC states that it is a publicly held company

whose ordinary shares are traded on the London Stock Exchange and there is no publicly held

corporation that owns 10% or more of its stock.

Dated: New York, New York
       August 22, 2008


                           /s/ Scott D. Musoff
                           Scott D. Musoff (scott.musoff@skadden.com)
Of Counsel:                        Beverly A. Farrell (beverly.farrell@skadden.com)
Albert L. Hogan, III               SKADDEN, ARPS, SLATE,
SKADDEN, ARPS, SLATE,           MEAGHER & FLOM LLP
  MEAGHER & FLOM LLP          Four Times Square
333 West Wacker Drive          New York, New York 10036
Chicago, Illinois 60606        Tel.: (212) 735-3000
Tel.: (312) 407-0700           Fax: (212) 735-2000
Fax: (312) 407-041

                           Attorneys for Defendant Danka Business
                            Systems PLC