**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DCML LLC,

                  Plaintiff,

           v.

DANKA BUSINESS SYSTEMS PLC, A.D.
FRAZIER, W. ANDREW MCKENNA, DR. KEVIN
C. DALY, JAIME W. ELLERTSON,
CHRISTOPHER B. HARNED, J. ERNEST
RIDDLE, ERIK VONK, DAVID DOWNES,
JOSEPH E. PARZICK, and CYPRESS MERCHANT
BANKING PARTNERS II LP,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 cv 5829 (SAS)

**ECF Case**

**Electronically Filed**

### STIPULATION AND PROPOSED ORDER CONCERNING BRIEFING SCHEDULE FOR DEFENDANTS' RULE 12(b)(6) AND RULE 11 MOTIONS

This Stipulation and Proposed Order Concerning Briefing Schedule for Defendants' Rule 12(b)(6) and Rule 11 Motions (the "Stipulation") is entered into by and among the parties to the above-captioned action, through their undersigned counsel.

WHEREAS, on June 27, 2008, plaintiff DCML LLC ("DCML") filed with the United States District Court for the Southern District of New York (the "Court") a Complaint asserting allegations against defendants Danka Business Systems PLC ("Danka"), A.D. Frazier, W. Andrew McKenna, Dr. Kevin C. Daly, Jaime W. Ellertson, Christopher B. Harned, J. Ernest Riddle, Erik Vonk, David Downes, Joseph E. Parzick, and Cypress Merchant Banking Partners II, L.P. ("Cypress") (collectively, the "Defendants").

WHEREAS, on July 10, 2008, DCML filed with the Court a First Amended Complaint asserting allegations against the Defendants.

WHEREAS, on August 22, 2008, all of the Defendants except Cypress filed with the Court a motion to dismiss the First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (the "Rule 12(b)(6) Motion"), and Danka filed with the Court a motion for sanctions against DCML pursuant to Rule 11 of the Federal Rules of Civil Procedure (the "Rule 11 Motion").

WHEREAS, on August 25, 2008, counsel for the parties met and conferred by telephone to discuss, among other things, a schedule for the filing of additional briefs concerning the Rule 12(b)(6) Motion and the Rule 11 Motion.

THEREFORE, the parties stipulate and agree as follows:

1.      Cypress shall file and serve any joinder with respect to the Rule 12(b)(6) Motion or any separate motion to dismiss the First Amended Complaint (together with the Rule 12(b)(6) Motion and the Rule 11 Motion, the "Motions") and any memorandum of law or any other papers in connection therewith no later than September 5, 2008.

2.      DCML shall file and serve any memorandum of law in opposition to the Motions and any other papers in connection therewith no later than September 19, 2008.

3.      The Defendants shall file and serve any reply memorandum of law in support of the Motions and any other papers in connection therewith no later than October 3, 2008.

4.     Pending the Court's decisions with respect to the Motions, all proceedings in this action, including, without limitation, the time for making the initial disclosures required under Rule 26(a)(1) of the Federal Rules of Civil Procedure and any discovery of any kind by any of the parties, shall be stayed.

Dated: New York, New York
      August 26, 2008

*Karin E. Fisch /w permission /BY*

Arthur N. Abbey (aabbey@abbeyspanier.com)
Karin E. Fisch (kfisch@abbeyspanier.com)
Nancy Kaboolian (nkaboolian@abbeyspanier.com)
**ABBEY SPANIER RODD & ABRAMS, LLP**
212 East 39th Street
New York, New York 10016
Tel.: (212) 889-3700
Fax: (212) 684-5191

Attorneys for Plaintiff DCML LLC

*Scott D. Musoff /BY*

Scott D. Musoff (scott.musoff@skadden.com)
Beverly A. Farrell (beverly.farrell@skadden.com)
**SKADDEN, ARPS, SLATE,**
  **MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Tel.: (212) 735-3000
Fax: (212) 735-2000

Of Counsel:
Albert L. Hogan, III
**SKADDEN, ARPS, SLATE,**
  **MEAGHER & FLOM LLP**
333 West Wacker Drive
Chicago, Illinois 60606

Attorneys for Defendants Danka Business Systems PLC,
A.D. Frazier, W. Andrew McKenna, Dr. Kevin C. Daly,
Jaime W. Ellertson, Christopher B. Harned, J. Ernest
Riddle, Erik Vonk, David Downes, and Joseph E. Parzick

*Peter E. Kazanoff (by permission) BJ*

Peter E. Kazanoff (pkazanoff@stblaw.com)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017-3954
Tel.: (212) 455-2000
Fax: (212) 455-2502

Attorneys for Defendant Cypress Merchant Banking
Partners II, L.P.

SO ORDERED

_____
Shira A. Scheindlin, U.S.D.J.

Dated: New York, New York
     August 26, 2008