UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| DCML LLC, | : | |
| Plaintiff, | | No. 08 cv 5829 (SAS) |
| | : | |
| v. | | |
| | : | |
| DANKA BUSINESS SYSTEMS PLC, A.D. FRAZIER, W. ANDREW MCKENNA, DR. KEVIN C. DALY, JAIME W. ELLERTSON, CHRISTOPHER B. HARNED, J. ERNEST RIDDLE, ERIK VONK, DAVID DOWNES, JOSEPH E. PARZICK, and CYPRESS MERCHANT BANKING PARTNERS II L.P., | : : : : | **ECF Case** **Electronically Filed** |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **RULE 7.1 STATEMENT OF CYPRESS MERCHANT BANKING PARTNERS II L.P.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Cypress Merchant Banking Partners II L.P. ("Cypress") certifies as follows:

Cypress is a Delaware limited partnership. Cypress is not a publicly held corporation and does not have a parent corporation. No publicly held corporation owns more than 10% of Cypress's limited partnership interests.

Dated: New York, New York
          September 5, 2008

                                                            SIMPSON THACHER & BARTLETT LLP

                                                            By: /s/ Peter E. Kazanoff
                                                                Peter E. Kazanoff
                                                                425 Lexington Avenue
                                                                New York, New York  10017
                                                                Telephone: (212) 455-2000
                                                                Facsimile:  (212) 455-2502
                                                                Email: pkazanoff@stblaw.com
                                                                *Attorneys for Defendant Cypress*
                                                                *Merchant Banking Partners II L.P.*